UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
KIMBERLY SMITH,                                               :
               Plaintiff,                                :
                                                             :
   v.                                                         :
                                                             :
MICHAEL P. KENNY and ROBERT B                                 :
ROSENBERG, PAROLE OFFICERS,                                   :          **ORDER**
individually and in their official capacities,                :
JACK DOE AND JILL DOE I-XIV, PAROLE                           :          20 CV 1274 (VB)
DEPARTMENT SUPERVISORS AND                                    :
ADMINISTRATORS, individually and in their                     :
official capacities, BRIGITTE FORTUNE,                        :
Director of Reentry Services, individually and in             :
her official capacity,                                        :
               Defendants.                               :
--------------------------------------------------------------x

      Plaintiff commenced this action on February 13, 2020.  (Doc. #1).  On May 18, 2020, plaintiff was granted in forma pauperis status (Doc. #17), and the Court granted a motion to reopen the case.  (Doc. #18).

      To date, there is no indication on the docket that defendants have been served, nor is there an indication that plaintiff has requested the issuance of summonses in order to effect service.  Accordingly, plaintiff is instructed to make such requests for issuance of summonses by completing the attached form, available at https://nysd.uscourts.gov/sites/default/files/2018-06/Summons-1_0.pdf.

      Following the issuance of summonses, the U.S. Marshals will be ordered to effect service on the defendants in light of plaintiff's in forma pauperis status.  See 28 U.S.C. § 1915.

      Plaintiff's time to serve the summons and complaint in this case is extended to August 18, 2020, pursuant to Fed. R. Civ. P. 4(m).  It nevertheless remains plaintiff's obligation to ensure that service is made by that date.

Dated: May 28, 2020
       White Plains, NY

                                                    SO ORDERED:

                                                    _____
                                                    Vincent L. Briccetti
                                                    United States District Judge

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* | ) ) ) ) ) ) | |
| v. | ) | Civil Action No. |
| *Defendant(s)* | ) ) ) ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: