UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
KIMBERLY SMITH,
                          Plaintiff,

v.

PAROLE OFFICER ROBERT B.
ROSENBERG, individually and in his official
capacity; PAROLE OFFICER MICHAEL P.            **ORDER**
KENNY, individually and in his official
capacity; DIRECTOR OF RE-ENTRY                 20 CV 1274 (VB)
OPERATIONS BRIGITTE FORTUNE,
individually and in her official capacity;
PAROLE OFFICER JANE DOE, individually;
and JACK AND JILL DOES I-XIV, in their
individual and official capacities,
                         Defendants.
--------------------------------------------------------------x

      On December 7, 2020, defendants moved to dismiss the amended complaint. (Doc. #83).

      Accordingly, it is hereby ORDERED that, by no later than December 17, 2020, plaintiff must notify the Court by letter whether she (i) intends to file a second amended complaint in response to the motion to dismiss, or (ii) will rely on the amended complaint that is the subject of the motion to dismiss.

      If plaintiff elects not to file a second amended complaint, the motion will proceed in the regular course, and the Court is unlikely to grant plaintiff a further opportunity to amend to address the purported deficiencies made apparent by the fully briefed arguments in defendants' motion. See Loreley Fin. (Jersey) No. 3 Ltd. v. Wells Fargo Sec., LLC, 797 F.3d 160, 190 (2d Cir. 2015) (leaving "unaltered the grounds on which denial of leave to amend has long been held proper, such as undue delay, bad faith, dilatory motive, and futility"); accord F5 Capital v. Pappas, 856 F.3d 61, 89–90 (2d Cir. 2017). The time to file opposing and reply papers shall be governed by the Federal Rules of Civil Procedure and the Local Civil Rules, unless otherwise ordered by the Court.

If plaintiff elects to file a second amended complaint, she must file the second amended complaint by no later than 14 days after notifying the Court of her intent to do so. Within 21 days of such amendment, defendants may either: (i) file an answer to the second amended complaint; or (ii) file a motion to dismiss the second amended complaint; or (iii) notify the Court by letter that they are relying on the initially filed motion to dismiss.

Dated: December 8, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge