UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
KIMBERLY SMITH,
                         Plaintiff,

v.

PAROLE OFFICER ROBERT B.
ROSENBERG, individually and in his official
capacity; PAROLE OFFICER MICHAEL P.
KENNY, individually and in his official
capacity; DIRECTOR OF RE-ENTRY
OPERATIONS BRIGITTE FORTUNE,
individually and in her official capacity;
PAROLE OFFICER JANE DOE, individually;
and JACK AND JILL DOES I-XIV, in their
individual and official capacities,
                         Defendants.
--------------------------------------------------------------x

**ORDER**

20 CV 1274 (VB)

      On January 8, 2021, plaintiff filed a memorandum of law in opposition to defendants' motion to dismiss the amended complaint. (Doc. #94).

      Local Civil Rule 11.1 requires all pleadings, motions, and other papers to be "plainly written, typed, printed, or copied without erasures or interlineations which materially deface it," and is "intended to set simple and easily followed minimum standards for legibility of documents filed with the Court." Plaintiff's memorandum is replete with typographical and formatting errors that compromise its legibility. For example, the memorandum is aligned to the right margin rather than to the left margin, and contains numerous and gratuitous spaces between sentences, words, and lines. Furthermore, the memorandum contains significant typographical errors that render counsel's arguments incomprehensible.

      Accordingly, it is HEREBY ORDERED that plaintiff's memorandum of law (Doc. #94) is rejected for filing, and the clerk is instructed to strike the document from the docket. Plaintiff shall refile the memorandum of law correcting the listed errors, and any other errors, by January 19, 2021. Defendants shall file their reply, if any, by January 26, 2021.

Dated: January 12, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge