UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

KIMBERLY SMITH,

                    Plaintiff,

-against-                             20 **CIVIL** 1274 (VB)

                                             **JUDGMENT**

PAROLE OFFICER MICHAEL P. KENNY;
PAROLE OFFICER ROBERT B. ROSENBERGER;
FRANK GEMMATI (sued herein as John Gemmati);
DORIS CUEVAS (sued herein as John J. Cuevas);
JILL LENARD-HORNE (sued herein as John Lenard
Horne); and JACK AND JILL DOE I–X,

                    Defendants.

-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 31, 2022, defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       May 31, 2022

                                                     **RUBY J. KRAJICK**

                                                     **Clerk of Court**

                         **BY:**       *K. Mango*

                                                     **Deputy Clerk**